## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 08-8036 |
| v. : | |
| : | **CONSENT ORDER** |
| : | |
| JAHHON WILLIS : | |

This matter having come before the Court on the application of the defendant, Jahhon Willis, (by Candace Hom, Assistant Federal Public Defender) for an Order modifying the conditions of bail set by this Court on June 23, 2008, authorizing defendant's release on bond with conditions, and the government (by Matthew Beck, Assistant United States Attorney) having consented to the proposed modification; and Pretrial Services does not object to the proposed modification.

IT IS on this ____ day of August 2008,

ORDERED that the bail previously set is modified to allow the lien placed against the property located at 87 Burgess Place, Passaic, New Jersey 07055 be removed for 30-days to allow the owner to refinance the property.

All other conditions of release remain in effect.

HONORABLE MADELINE COX ARLEO
United States Magistrate Judge